RAMON RAMOS FUENTES
REG NO. 62447-208
FEDERAL CORRECTIONAL INSTITUTION
P.O.BOX 800
HERLONG CA, 96113
        pro-se

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

OCT 1 0 2013

FILED _____
DOCKETED _____
    DATE    INITIAL

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | D.C.NO. 211-CR-00343-0dw |
|         PLANTIFF ) | APPEAL No, 13-50395 |
| ) | MOTION FOR APPOINTMENT OF |
| VS ) | APPELLANT COUNSEL |
| ) | |
| RAMON RAMOS FUENTES ) | |
| AKA:RAMON FUENTES ) | |
| RAMON RAMOS RAMON ) | |
| RAMON FUENTES ) | |
| RAMON FUENTES TRINIDAD ) | |
| ) | |
|         DEFENDANT ) | |

Comes now ramon ramos Fuentes (Herein after Appellant) Respectfully moves this Honorable court for an order to appoint appellant counsel and in support for appointment of appelant counsel states the following:

1.) Appellant does not have any money or assets to hire appellant counsel.

2.) Appellants hours in the law library are limited.

3.) Appellant does not speak or write english and is being helped by an inmate.

4.) Justice will be better served if appellant counsel is appointed.

5.) Appellant did request for defense counsel to file notice of appeal and as up to date has not heard from him.

### PRAYER

Appellant respectfully request that this Honorable court will grant appointed appellant counsel to represent appellant in furthers of justice.

EXECUTED ON 10/7/13

Ramon Fuentes Ramos
RAMON RAMOS FUENTES

# CERTIFICATE OF SERVICE

FILED _____
DOCKETED _____
DATE _____ INITIAL

I, <u>RAMON RAMOS FUENTES</u>, hereby certify that I served a true and correct copy of the following: MOTION FOR APPOINTMENT OF APPELLANT COUNSEL AND MOTION TO PROCEED IN FORMA PAUPERIS.

which is deemed filed at the time it was delivered to prison authorities for forwarding, by placing same in sealed, postage pre-paid envelope, see, <u>Houston v. Lack</u>, 487 U.S. 266 (1988)(Prison Mailbox Rule), addressed to:

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
POST OFFICE BOX 193939
SAN FRANCISCO CA, 94119-3939

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT
312 SPRING STREET, G-8
LOS ANGELES CA, 90012

Filed this ___7___ day of ___October___ 2013
Under 28 U.S.C. § 1746

"You do solemnly affirm that the information set forth in this paper which you are about to sign before me is true under the pains and penalites of perjury."

Respectfully Submitted,

_Ramon Fuentes Ramos_
RAMON RAMOS FUENTES

Signature
_H. Dunn_
Signature / Printed Name

Date
10/2/13

10/2/13
Title

Authorized by Act of July 7, 1955, as amended to administer oaths (18 U.S.C. SEC 4004)